**LEVITT & SLAFKES, P.C.**
**515 Valley Street**
**Suite 140**
**Maplewood, New Jersey 07040**
**T: (973) 313-1200**
**F: (973) 313-1240**
**E: blevitt@lsbankruptcylaw.com**
**By:  Bruce H. Levitt (BL9302)**
**Attorneys for Abdullah I. Muhammad**

_____

```
                  UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF NEW JERSEY
                                    :
In Re:                              : Chapter 13
                                    :
    ABDULLAH I. MUHAMMAD,           : Case No.: 16-11164 (CMG)
                                    :
                                    : CERTIFICATION OF BRUCE H. LEVITT
          Debtor.                   :
                                    :
_____:
```

Bruce H. Levitt hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and make this Certification based upon my personal knowledge.

2. I have been attempting to communicate with my client for the past several months. The client has continued to fail and refuse to communicate with me.

3. I cannot continue to represent this client without the ability to communicate with him.

4. Accordingly, I am respectfully requesting that the Court enter the accompanying Order permitting my firm to withdraw as counsel for the Debtor in this matter.

I hereby certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements

made by me are willfully false, I am subject to penalty of perjury.

                                                      /s/Bruce H. Levitt
                                                      Bruce H. Levitt

Dated: October 31, 2019